

**ORDERED in the Southern District of Florida on February 19, 2019.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-15647-BKC-AJC

CHAPTER 13

IN RE:

MANUEL J. ROJAS,
      Debtor.
_____/

**AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 1 FILED BY MAYOR JEWELERS A/K/A BIRKS AND MAYORS INC.**

THIS CAUSE having come on to be heard on the Debtor's Objection to Claim No. 1 filed by Mayor Jewelers a/k/a Birks and Mayors Inc., [ECF 60], this Court having noting agreement of parties and based upon the record, it is,

**ORDERED**:

1.    Claim No. 1 filed by Mayor Jewelers a/k/a Birks and Mayors Inc., is SUSTAINED and ALLOWED as a secured claim, in the amount of $5,078.49, which

1

shall be paid with interest at 5.25%, for a total amount of $5,785.21, to be paid over the life of the plan.

### # # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Ashley Prager Popowitz, Esquire

     Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.