UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
☒ FIFTH _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: MANUAL ROJAS        JOINT DEBTOR: _____        CASE NO.: 18-15647-AJC

SS#: xxx-xx- 4393           SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,313.57 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE  ☐ PRO BONO

| Total Fees: | $11000.00 | Total Paid: | $3500.00 | Balance Due: | $7500.00 |
|---|---|---|---|---|---|

Payable $340.91 /month (Months 1 to 22 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
A fee application will be filed.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Florida Community Bank
   Address: 2500 Weston Rd
   Suite 300
   Weston, FL 33331

   Arrearage/ Payoff on Petition Date  Payoff $15,018.12 x 5.5% = $17,212.05
   Payoff (Including 5.5% monthly interest) $25.52 /month (Months 1 to 22 )
   Payoff (Including 5.5% monthly interest) $438.18 /month (Months 23 to 60 )

   Last 4 Digits of Account No.: 3645
   Other: _____

LF-31 (rev. 10/3/17)                     Page 1 of 4

| ☑ Real Property | Check one below for Real Property: |
|---|---|
| ☑ Principal Residence | ☑ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |

Address of Collateral:
7391 SW 115 St
Miami, FL 33156

☐ Personal Property/Vehicle

Description of Collateral: Second Mortgage

---

2. Creditor: Florida Community Bank

Address: 2500 Weston Rd
Suite 300
Weston, FL 33331

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $1,338.11 | |
| Arrears Payment (Cure) | $5.00 | /month (Months 1 to 22) |
| Arrears Payment (Cure) | $32.32 | /month (Months 23 to 60) |
| Regular Payment (Maintain) | $557.35 | /month (Months 1 to 60) |

Last 4 Digits of Account No.: 3068

Other:

| ☑ Real Property | Check one below for Real Property: |
|---|---|
| ☑ Principal Residence | ☑ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |

Address of Collateral:
7391 SW 115 St
Miami, FL 33156

☐ Personal Property/Vehicle

Description of Collateral: Third Mortgage

---

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☑ NONE
2. **VEHICLES(S):** ☑ NONE
3. **PERSONAL PROPERTY:** ☐ NONE

1. Creditor: Merchants Credit Solutions

Address: POB 3664
Tustin, CA 92781

Last 4 Digits of Account No.: 3582

Description of Collateral: Watch

| | | **Payment** | |
|---|---|---|---|
| Value of Collateral: | $5,078.49 | Total paid in plan: | $5,785.50 |
| Amount of Creditor's Lien: | $5,078.49 | | |
| Interest Rate: | 5.25% | $5.00 /month (Months 1 to 22) | |
| | | $149.36 /month (Months 23 to 60) | |

Check one below:
☐ Claim incurred less than one year pre-petition
☑ Claim incurred 1 year or more pre-petition

C. **LIEN AVOIDANCE** ☑ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

- ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

- ☐ NONE
- ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Regions Mortgage | 0505 | First Mortgage on Homestead<br>7391 SW 115 St<br>Miami, FL 33156 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐ NONE

Name: James Miller Esq
Payment Address: 19 W Flagler St
Suite 14
Miami, FL 33130
Total Due: $5,355.07
Payable: $243.43 /month (Months 1 to 22 )

B. **INTERNAL REVENUE SERVICE:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay $5.00 /month (Months 1 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

- ☐ NONE
- ■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | VW Credit | 2016 VW Golf | 2580 | ☐ Assume ■ Reject |
| 2. | Lexus Financial | 2016 Lexus ES 350 | 1988 | ☐ Assume ■ Reject |
| 3. | Mercedes Benz Financial | 2015 Mercedes Benz E250 | 6001 | ☐ Assume ■ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

Debtor(s): MANUAL ROJAS                              Case number: 18-15647-AJC

- ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

## VIII. NON-STANDARD PLAN PROVISIONS ☐ NONE

- ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

  The first payment under the plan is due on January 4, 2019.

- ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor   March 25, 2019                _____ Joint Debtor   _____
MANUAL ROJAS                             Date                                                                                     Date

_____                March 25, 2019
MICHAEL A. FRANK                              Date
Attorney with permission to sign on
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**