

**ORDERED in the Southern District of Florida on August 30, 2019.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                          CASE NO.: 18-15647-AJC
MANUEL J. ROJAS                                    CHAPTER 13

_____/

ORDER GRANTING CREDITOR, SYNOVUS BANK'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY

This case came before the Court on August 27, 2019 on Creditor's, SYNOVUS BANK'S (the "Creditor"), Motion for Relief from the Automatic Stay [D.E. 119] filed on August 13, 2019 and the Creditor, by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 4001-1, and that the form of order was attached as an

exhibit to the Motion, the Court having considered the Motion, and having been otherwise fully advised, it is:

**ORDERED:**

1. Creditor's Motion for Relief from the Automatic Stay is **GRANTED**.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to this Creditor its successors and/or assignees, and the Creditor may proceed with the foreclosure of its lien on the following property:

> Lot 10, Block 5, MONTGOMERY EAST SECTION 2, according to the Plat thereof, recorded in Plat Book 75, at Page 67, in the Public Records of Miami-Dade County, Florida

Property Address**:** 7391 SW 115 Street, Pinecrest, Florida 33156

3. This Order is entered for the sole purpose of allowing Creditor, its successors and/or assignees, to obtain an *in rem* judgment against the property described above. Creditor shall not seek an *in personam* judgment against Debtor.

4. The 14 day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is waived so that Creditor can pursue its *in rem* remedies.

\*\*\*

Submitted by:
Robert M. Chisholm, P.A.
7378 SW 48th Street, Suite B
Miami, FL 33155
Direct - 305-697-4792
Office - 305-667-4261
Fax - 305-665-7980
rmc@chisholmlaw.com

Attorney for Creditor, Robert Chisholm, shall serve a copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).