UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 18-15647-AJC
Chapter 7

Manuel J. Rojas,

Debtor,
_____/

**FORMER CHAPTER 7 TRUSTEE'S AND HIS COUNSEL'S LIMITED OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Come Now, Former Chapter 7 Trustee, Barry E. Mukamal, and Former Chapter 7 Trustee's Counsel, James B. Miller, Esq., and file and serve the instant *Former Chapter 7 Trustee's And His Counsel's Limited Objection To Chapter 13 Trustee's Motion To Dismiss*, and states

1. The Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code on May 11th, 2018.

2. On October 8th, 2018, Debtor filed a Motion to Convert Chapter 7 Case to a Chapter 13 case (ECF#30), the said motion was set for hearing for October 30th, 2018 at 2:00 p.m. (ECF#31); the hearing was continued to November 29th, 2018, at 10:30 a.m. (ECF#34).

3. Thereafter, the Case was converted to one under Chapter 13 (*see* ECF#40) [the "Conversion Order").

4. The undersigned has noticed that the Chapter 13 Trustee has recently filed a Motion to Dismiss (ECF#145) the instant Case.

5. The Former Chapter 7 Trustee and his former counsel, (creditors in this Case) object to dismissal and demand that should the Court be inclined to grant the Motion to Dismiss, that instead the Court honor the terms of the

Conversion Order at paragraph 11 therein, which mandates the Case not be dismissed but rather reconverted to one under Chapter 7. *See* ECF#40 at ¶11.

**WHEREFORE,** the Former Chapter 7 Trustee and his Counsel respectfully request an order, to the extent the Case were to be dismissed, rather be converted back to one under Chapter 7 per the terms of this Court's Conversion Order (ECF No. 40), and for such other and further relief this Court deems equitable and just.

I HEREBY CERTIFY That a true and correct copy of this pleading was served *via* ECF Service on this 9th day of December, 2019 upon:

-Robert M Chisholm on behalf of Creditor Florida Community Bank, NA  rmc@chisholmlaw.com
-Robert M Chisholm on behalf of Creditor Synchrony Bank  rmc@chisholmlaw.com
-Robert M Chisholm on behalf of Creditor Synovus Bank  rmc@chisholmlaw.com
-Michael A. Frank, Esq. on behalf of Debtor Manuel J Rojas  pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com
-Neisi I Garcia Ramirez on behalf of Creditor Regions Bank dba Regions Mortgage FloridaBKLegal@brockandscott.com, FLBKECF@brockandscott.com;WBECF@brockandscott.com
-James B Miller on behalf of Trustee Barry E Mukamal  bkcmiami@gmail.com
-Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
-Nancy K. Neidich  e2c8f01@ch13miami.com, ecf2@ch13miami.com
-Office of the US Trustee  USTPRegion21.MM.ECF@usdoj.gov
-Ashley Prager Popowitz on behalf of Creditor Merchants Acquisition Group LLC dba Merchants Credit Solutions Ashley.popowitz@mccalla.com, flbkecf@mccalla.com.

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated: December 9th, 2019

                                            Counsel for Former Chapter 7 Trustee
                                            JAMES B. MILLER, PA
                                            19 West Flagler Street, Suite 416
                                            Miami, FL 33130
                                            Tel. No. (305) 374-0200
                                            Fax. No. (305) 374-0250
                                            email: jbm@title11law.com

                                            _____/s/_____
                                            JAMES B. MILLER, ESQ.
                                            Fla. Bar No. 0009164