# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 18-15647-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

MANUEL J ROJAS

DEBTOR_____/

## NOTICE OF WITHDRAWAL OF (ECF# 145) TRUSTEE'S MOTION TO DISMISS CASE

Notice is hereby given that the Trustee's Motion to Dismiss Case (ECF# 145) filed on behalf of Trustee Nancy K. Neidich, is hereby withdrawn.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Trustee's Motion to Dismiss Case was mailed to those parties listed below on this 5th day of February, 2020.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CASE
CASE NO.:  18-15647-BKC-AJC

**COPIES FURNISHED TO:**

**DEBTOR (VIA MAIL)**
MANUEL J ROJAS
7391 SOUTHWEST 115TH STREET
MIAMI, FL  33156

**ATTORNEY FOR DEBTOR (VIA ECF)**
MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL  33126-5431